UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

**Brittany Cordon,**

        Plaintiff(s),

v.

**Target Corporation,**

        Defendant(s).
------------------------------x

19-cv-2536 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Cott has informed the Court that this case has been settled in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 6, 2020 if the settlement is not executed by then.

        SO ORDERED.

Dated:      January 6, 2020

                                          /s/ Lewis A. Kaplan
                                          United States District Judge